UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Marilynn Phillips

    Plaintiff,

vs.                                       CASE NO. 08-2896

GAREY ENTERPRISES, LLC, et al.

    Defendants

## NOTICE OF DISMISSAL

Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby requests that the Court dismiss the above captioned case with prejudice, as the parties have reached a global settlement in the above captioned action.

Respectfully submitted,

/s/ Joel R. Zuckerman
Joel Zuckerman
Federal Bar No. 12730
Maxwell & Barke LLC
51 Monroe Street, Suite 806
Rockville, MD 20850
Telephone: (301) 309-8300
Facsimile: (301) 309-8303
*Attorneys for the plaintiff*

SO ORDERED, on Friday, March 6, 2009.

/s/
Marvin J. Garbis
United States District Judge

1